IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LORI MCCUE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>A1 EXCURSIONS LLC, a Florida limited liability company, and TOP TIER TRAVELS LLC, a Florida limited liability company,<br><br>*Defendants.* | Case No. 0:22-cv-60896-RAR |

## NOTICE OF SETTLEMENT

Plaintiff Lori McCue hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 60 days. Accordingly, Plaintiff respectfully requests that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

Respectfully submitted,

DATED this 13th day of June, 2022.

By: */s/ Avi R. Kaufman*
Avi R. Kaufman (FL Bar No. 84382)
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative Classes*