UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-60896-RAR

**LORI MCCUE**,

    Plaintiff,

v.

**A1 EXCURSIONS LLC,** and
**TOP TIER TRAVELS LLC**,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Settlement [ECF No. 8], filed on June 13, 2022, indicating that the parties have reached an agreement resolving this matter. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal within **sixty (60) days** of the date of this Order.

2. The Clerk shall **CLOSE** this case for administrative purposes only.

3. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 13th day of June, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**