**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| LORI MCCUE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>A1 EXCURSIONS LLC, a Florida limited liability company, and TOP TIER TRAVELS LLC, a Florida limited liability company,<br><br>*Defendants*. | Case No. 0:22-cv-60896-RAR |

## NOTICE OF DISMISSAL

Plaintiff Lori McCue hereby notifies the Court of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

DATED this 22nd day of June, 2022.

By: */s/ Avi R. Kaufman*
Avi R. Kaufman (FL Bar No. 84382)
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative Classes*