UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-60896-RAR

**LORI MCCUE**,

    Plaintiff,

v.

**A1 EXCURSIONS LLC,** and
**TOP TIER TRAVELS LLC**,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the Plaintiff's Notice of Dismissal [ECF No. 10], filed on June 22, 2022. The Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *with prejudice* as to Plaintiff's individual claims and *without prejudice* as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 23rd day of June, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**